UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, )<br>)<br>  Plaintiff, )<br>) **CRIMINAL CASE NUMBER:**<br>v. )<br>) 1:21-CR-00055<br>SEBASTIAN TOMASZEWSKI, )<br>)<br>  Defendant. ) | |

**CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Undersigned counsel has filed a substitution of counsel and will serve as lead counsel going forward for Sebastian Tomaszewski. Counsel has obtained all the discovery in the case and is in the process of reviewing the discovery and consulting with Mr. Tomaszewski and the Assistant United States Attorney.

With the consent of the AUSA, the defense requests a 30-day continuance of the currently scheduled pretrial conference in this case.

This, 23rd day of July, 2024.

                                            RESPECTFULLY SUBMITTED,

                                            GARLAND, SAMUEL & LOEB, P.C.

                                            /s/ *Donald F. Samuel*
                                            DONALD F. SAMUEL, ESQ.
                                            Georgia Bar Number 624475

3151 Maple Drive, N.E.
Atlanta, Georgia 30305

Tel.: 404-262-2225
Fax: 404-365-5041
Email:   dfs@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEBASTIAN TOMASZEWSKI, )<br>)<br>Defendant. ) | CRIMINAL CASE NUMBER:<br><br>1:21-CR-00055 |

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, 23rd day of July, 2024.

RESPECTFULLY SUBMITTED,

GARLAND, SAMUEL & LOEB, P.C.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar Number 624475

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Tel.: 404-262-2225
Fax: 404-365-5041
Email:        dfs@gsllaw.com